**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

TRACEY COFFIN

Plaintiff,

v. Case No. 2:26-cv-2751-SPC-KRH

PUNTA GORDA HOUSING AUTHORITY,

Defendant.

_____________________________/

**ORDER**

This matter is before the Court on pro se Plaintiff Tracey Coffin's Motion for Leave to File Electronically (Doc. 3). The Court denies the Motion.

A pro se litigant may file electronically only if a court order or local rule allows it. Fed. R. Civ. P. 5(d)(3)(B)(i). "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011).

Coffin gives three reasons, and none is enough.

First, she says paper filing is especially burdensome because she cares for minor children and an elderly parent, has limited money, and lives in Cape Coral. (Doc. 3 ¶ 3). The Court does not doubt those burdens, but many unrepresented

litigants carry them. Printing, postage, and travel are ordinary costs of litigating without a lawyer. Coffin also does not need to travel because she can file by mail. If these hardships justified CM/ECF access, "the exception would swallow the rule." *Gerow v. Blackwell*, No. 8:24-cv-2280-KKM-NHA, 2024 WL 4679030, at *1 (M.D. Fla. Nov. 5, 2024).

Second, Coffin expects the case to require time-sensitive filings and responses. (Doc. 3 ¶ 4). That may be true. But if a deadline later proves unworkable, Coffin may ask for more time under Federal Rule of Civil Procedure 6(b).

Third, Coffin says her mail is unreliable (Doc. 3 ¶ 5). Electronic notice, which she requests in the alternative and the Court grants below, addresses that issue. It gives Coffin prompt notice of case activity without changing how she files. In fact, that's how a lawyer would get notice and service of a filing. Plus, as for her own filings, the docket shows when the Clerk receives each paper. This is the same record every pro se litigant relies on.

Coffin has not shown good cause or extenuating circumstances warranting CM/ECF access. She has already consented to receiving electronic notice of case filings and events, and she will continue to receive it.

**ORDERED:**

Plaintiff's Motion for Leave to File Electronically (Doc. 3) is **DENIED**. Plaintiff must continue to submit filings to the Clerk in paper form, by mail or hand delivery.

In Fort Myers, Florida on October 26th, 2026.

Kevin R. Huguelet
United States Magistrate Judge